**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| **PAUL E. PODHORN, JR.,** ) | |
| **Inmate #55380-083,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | **CIVIL NO. 07-cv-793-JPG** |
| ) | |
| **PAUL CUNNINGHAM,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

**MEMORANDUM AND ORDER**

**GILBERT, District Judge:**

On January 14, 2008, the Court directed Plaintiff to file a certified copy of his prison trust fund account statement, as required by § 1915(a)(1), within thirty days. Plaintiff has failed to respond to that order (Doc. 4) in any manner, and the thirty-day period has long since elapsed.

**IT IS HEREBY ORDERED AND ADJUDGED** this action is **DISMISSED without prejudice** for failure to comply with an order of this Court. FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997)*; Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994). The Clerk is **DIRECTED** to **CLOSE THIS CASE**.

**IT IS SO ORDERED.**

**Dated: June 12, 2008.**

  **s/ J. Phil Gilbert**
  **U. S. District Judge**